# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON LAVEGLIA,** *Plaintiff* v. **TD BANK, N.A.,** *Defendant* | Case No. 2:19-cv-01917-JDW |

## ORDER

**AND NOW**, this 10th day of January, 2020, upon consideration of Plaintiff Jason LaVeglia's Renewed Motion to Compel (ECF No. 41), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED IN PART** and **DENIED IN PART**. It is **FURTHER ORDERED** that no later than 5 p.m. EST on January 14, 2020, Defendant shall produce:

1. Staff Selection Worksheets as listed on Exhibit A at Priv. Nos. 15-18, 21-23, 25-26, 29-38, 40, 42-45, 47-52, 55, 57, 60-64, 66-67, 73, and 78-79;

2. Documents in unredacted form as listed on Exhibit A at Priv. Nos. 6, 10, 112, and 118;

3. Document No. 11, with redactions of the following emails:

    a. Email from David Gollin, dated August 27, 2018 at 11:54 AM;

    b. Email from Susy Michor, dated August 27, 2018 at 6:10 PM;

    c. Email from Kimberly A. Strignile, dated August 27, 2018 at 7:57 PM.

It is **FURTHER ORDERED** that Defendant shall serve an amended privilege log, consistent with the requirements set forth in the accompanying Memorandum, on or before January 31, 2020.

It is **FURTHER ORDERED** that the Motion is otherwise **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.