## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON LAVEGLIA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**TD BANK, N.A.,**<br><br>*Defendant.* | Case No.  2:19-cv-01917-JDW |

## ORDER

AND NOW, this 15th day of May, 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 57), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**.

It is **FURTHER ORDERED** that summary judgment is **GRANTED** in favor of Defendant and against Plaintiff with respect to Count IV of the Amended Complaint (ECF No. 17).

It is **FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 57) is otherwise **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J**.